| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender |
|   | LEXI NEGIN, #250376 |
| 3 | Assistant Federal Defender |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|   | Tel: 916-498-5700/Fax: 916-498-5710 |

Attorney for Defendant
JAQUOREY CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-255 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
|   | ) STATUS CONFERENCE, AND TO EXCLUDE |
| vs. | ) TIME |
|   | ) |
| JAQUOREY CARTER, | ) Date: April 4, 2019 |
|   | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Brian Fogerty, attorney for Plaintiff and Federal Defender Heather Williams, through Assistant Federal Defender Lexi Negin, attorney for defendant Jaquorey Carter that the status conference date of April 4, 2019 be vacated and the matter be set for status conference on May 16, 2019 at 10:00 a.m.

Discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded through and including May 16, 2019; pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv)

Stipulation to Continue -1-

[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

All counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: March 28, 2019

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
JAQUOREY CARTER

Dated: March 28, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Brian Fogerty*
BRIAN FOGERTY
Assistant Unied States Attorney
Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

Time excluded through May 16, 2019 from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 4, 2019 status conference shall be continued until May 16, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE