HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JAQUOREY CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-255 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| JAQUOREY CARTER, | Date: May 16, 2019 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Brian Fogerty, attorney for Plaintiff and Federal Defender Heather Williams, through Assistant Federal Defender Lexi Negin, attorney for defendant Jaquorey Carter that the status conference date of May 16, 2019 be vacated and the matter be set for status conference on July 25, 2019 at 10:00 a.m.

Discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

Stipulation to Continue -1-

1     Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded through and including July 25, 2019; pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

    All counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

                                               Respectfully submitted,

Dated: May 6, 2019                        HEATHER E. WILLIAMS
                                               Federal Defender

                                               *s/ Lexi Negin*
                                               LEXI NEGIN
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               JAQUOREY CARTER

Dated: May 6, 2019                        McGREGOR W. SCOTT
                                             United States Attorney

                                             */s/ Brian Fogerty*
                                             BRIAN FOGERTY
                                             Assistant Unied States Attorney
                                             Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

Time excluded through July 25, 2019 from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 16, 2019 status conference shall be continued until July 25, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 8, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE