HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
JAQUOREY CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-255 WBS |
|---|---|
| Plaintiff, | ) MOTION AND [PROPOSED] ORDER TO ALLOW DEFENSE COUNSEL TO SHARE JUVENILE RECORDS WITH THE GOVERNMENT |
| vs. | ) |
| JAQUOREY CARTER, | ) |
| Defendant. | ) Trial Date: February 4, 2020 |
| | ) Time: 9:00 a.m. |
| | Judge: Hon. William B. Shubb |

Mr. Carter's jury trial is scheduled to start February 4, 2020, in this Court. Mr. Carter has obtained relevant records relating to the complaining witness in Count I, B.T. The Sacramento County Juvenile Court produced the records pursuant to state law procedure followed by undersigned counsel. The accompanying Court order with the disclosed juvenile records requires counsel to seek permission of a federal judicial officer prior to using the disclosed materials "publicly." See Attachment A (under seal.)

A review of the materials revealed information for a specific *Brady* request that defense counsel has made of the government. In order to seek the requested material, the government has requested the ability to review the confidential records in the possession of counsel for Mr.

MOTION REGARDING CONFIDENTIAL MATERIALS   -1-

Carter. Undersigned counsel believes that the government is entitled to the record in order to fulfill its *Brady* obligation.

Furthermore, if appropriate, undersigned counsel may seek to use the information contained in the confidential materials during cross-examination at trial.

Therefore, undersigned counsel seeks an order from the Court allowing counsel for Mr. Carter to disclose a relevant portion of the records to the government, and to use the information contained in the documents at trial if appropriate. Counsel will otherwise maintain the records in a secure and confidential manner and adhere to the Sacramento County Juvenile Court order.

**CONCLUSION**

Mr. Carter respectfully requests that the Court grant this Motion.

DATED: January 18, 2020             HEATHER E. WILLIAMS
Federal Defender

/s/ Hannah Labaree
HANNAH LABAREE
Assistant Federal Defender

/s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender

ATTORNEYS FOR JAQUOREY CARTER

## ORDER

It is this 22nd day of January, 2020, hereby ORDERED, that defense counsel may disclose to the government confidential materials obtained regarding complaining witness B.T. It is hereby further ORDERED, that defense counsel is permitted to use the materials and the information contained therein at Mr. Carter's public trial to the extent that the court finds it admissible. It is hereby further ORDERED, that the parties are to maintain the materials in a secure and confidential manner except as allowed by this order.

Dated: January 22, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE