| | |
|---|---|
| MCGREGOR W. SCOTT<br>United States Attorney<br>BRIAN A. FOGERTY<br>JASON HITT<br>Assistant United States Attorneys<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America |  |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAQUOREY RASHAWN CARTER,<br><br>　　　　　　　　Defendant. | 2:18-CR-255 WBS<br><br>CASE NO. ~~2:17-CR-255 WBS~~<br><br>**ORDER PURSUANT TO<br>18 U.S.C. §§ 6002–6003 GRANTING IMMUNITY<br>AND REQUIRING TESTIMONY – BOBBI<br>RAYELL THOAMS** |

　　　　NOW, THEREFORE, IT IS ORDERED, pursuant to 18 U.S.C. § 6002, that Bobbi Rayell Thomas give testimony or provide other information, which she now refuses to give or provide information, with respect to her knowledge concerning sex trafficking activity of Jaquorey Rashawn Carter in the above-referenced case, on the basis of her privilege against self-incrimination as to all matters about which she may be asked to testify in this trial.

　　　　IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Bobbi Rayell Thomas in any criminal case, except that Bobbi Rayell Thomas shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or

ORDER　　　　　　　　　　　　　　　　　　　　　1

otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

IT IS SO ORDERED.

DATED: 2/6/2020

HON. WILLIAM B. SHUBB
United States District Judge

ORDER 2

**EXHIBIT A**



U.S. Department of Justice

Criminal Division

*Office of the Assistant Attorney General*      *Washington, D.C. 20530*

**JAN 2 1 2020**

The Honorable McGregor Scott
United States Attorney
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814

Attention:    Brian A. Fogerty
               Assistant United States Attorney

               *United States v. Jaquorey Rashawn Carter*

Dear Mr. Scott:

     Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Bobbi Rayell Thomas to give testimony or provide information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

                                               Sincerely,

                                               Jennifer A.H. Hodge
                                               Deputy Assistant Attorney General