HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JAQUOREY CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAQUOREY CARTER, <br><br> Defendant. | Case No. 2:18-cr-255 WBS <br><br> STIPULATION AND ORDER RE: BRIEFING SCHEDULE <br><br> Date: May 4, 2020 <br> Time: 9:00 a.m. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorneys Brian Fogerty and Jason Hitt, attorneys for Plaintiff and Federal Defender Heather Williams, through Assistant Federal Defender Lexi Negin and Hannah Labaree, attorneys for defendant Jaquorey Carter that the briefing schedule for Mr. Carter's Motion for Reconsideration of his Motion for New Trial [Dkt. 103] filed on February 26, 2020 is as follows:

Mr. Carter's Supplement to Motion based upon Transcript: April 3, 2020

Government Reply to Supplement to Motion: April 17, 2020

Mr. Carter's Reply (if any): May 1, 2020

Mr. Carter's sentencing is currently scheduled for May 4, 2020. The draft Presentence Investigation Report was due on April 23, 2020. It has not yet been submitted. Thus counsel

anticipates that Mr. Carter's sentencing will be continued based on the delay in the Presentence Investigation process.

Counsel requests that the Court hear this motion on May 4, 2020, or any other date after that time that is convenient to this Court.

Respectfully submitted,

Dated: March 30, 2020  HEATHER E. WILLIAMS
Federal Defender

 *s/ Lexi Negin*
LEXI NEGIN
HANNAH LABAREE
Assistant Federal Defender
Attorney for Defendant
JAQUOREY CARTER

Dated: March 30, 2020  McGREGOR W. SCOTT
United States Attorney

*/s/ Brian Fogerty*
BRIAN FOGERTY
JASON HITT
Assistant Unied States Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court thus orders the following briefing schedule:

| | |
|---|---|
| Mr. Carter's Supplement to Motion based upon Transcript: | April 3, 2020 |
| Government Reply to Supplement to Motion: | April 17, 2020 |
| Mr. Carter's Reply (if any): | May 1, 2020 |
| Hearing on motion or submission for decision: | May 4, 2020, 9:00 a.m. |

Dated: March 30, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE