HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
JAQUOREY CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-cr-255 WBS |
| Plaintiff, | STIPULATION AND ORDER RE: SENTENCING DATE AND NEW PSR SCHEDULE |
| vs. | |
| JAQUOREY CARTER, | Date:   May 4, 2020<br>Time:  9:00 a.m.<br>Judge: Hon. William B. Shubb |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, United States Attorney McGregor W. Scott,  through Assistant United States Attorneys

Brian Fogerty and Jason Hitt, attorneys for Plaintiff and Federal Defender Heather Williams,

through Assistant Federal Defender Lexi Negin and Hannah Labaree, attorneys for defendant

Jaquorey Carter that the sentencing be continued to June 15, 2020.  The defense needs more time

to prepare for sentencing.  The Pre-sentencing schedule is as follows:

| | |
|---|---|
| Sentencing: | June 15, 2020 |
| Replies to formal objections: | June 8,2020 |
| Formal objections: | June 1, 2020 |
| PSR final: | May 25, 2020 |
| Informal objections: | May 18, 2020 |

1

2

3

4                                          Respectfully submitted,

5     Dated:April 20, 2020                  HEATHER E. WILLIAMS
                                            Federal Defender
6
                                             _s/ Lexi Negin_____
7                                           LEXI NEGIN
                                            HANNAH LABAREE
8                                           Assistant Federal Defender
                                            Attorney for Defendant
9                                           JAQUOREY CARTER

10

11    Dated: April 20, 2020                 McGREGOR W. SCOTT
                                            United States Attorney
12
                                            _/s/ Brian Fogerty_____
13                                          BRIAN FOGERTY
                                            JASON HITT
14                                          Assistant Unied States Attorney
                                            Attorney for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>ORDER</u>

2

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3

stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4

its order. The Court thus orders the following schedule:

5

Sentencing:                    June 15, 2020 at 9:00 a.m.

6

Replies to formal objections:   June 8,2020

7

Formal objections:             June 1, 2020

8

PSR final:                     May 25, 2020

9

Informal objections:           May 18, 2020

10

11

**Dated:  April 21, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28