UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAQUOREY RASHAWN CARTER,<br><br>Defendant. | No. 2:18-cr-255 WBS<br><br><br>ORDER |

----oo0oo----

In light of the current coronavirus outbreak, the May 4, 2020 hearing on defendant's Motion to Reconsider (Docket No. 103) is hereby VACATED. After briefing is complete, the court will reset the date for hearing and/or submission of the motion and advise the parties, if oral argument is necessary.

IT IS SO ORDERED.

Dated: April 23, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1