HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorney for Defendant
JAQUOREY CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:18-cr-255 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER RE: SENTENCING |
| | ) | DATE AND NEW PSR SCHEDULE |
| vs. | ) | |
| | ) | Date:   June 15, 2020 |
| JAQUOREY CARTER, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, United States Attorney McGregor W. Scott,  through Assistant United States Attorneys

Brian Fogerty and Jason Hitt, attorneys for Plaintiff and Federal Defender Heather Williams,

through Assistant Federal Defender Lexi Negin and Hannah Labaree, attorneys for defendant

Jaquorey Carter that the sentencing be continued to July 13, 2020 at 9:00 a.m.  The defense

needs more time to prepare for sentencing.  The Pre-sentencing schedule is as follows:

> Sentencing:                      July 13, 2020 at 9:00 a.m.
>
> Replies to formal objections:    July 6,2020
>
> Formal objections:               June 29, 2020
>
> PSR final:                       June 22, 2020

1         Informal objections:         June 15, 2020

2

3                                    Respectfully submitted,

4 Dated:May 13, 2020         HEATHER E. WILLIAMS
                                  Federal Defender

5

6                                  *s/ Lexi Negin*
                                  LEXI NEGIN

7                                   HANNAH LABAREE
                                  Assistant Federal Defender

8                                   Attorneys for Defendant
                                  JAQUOREY CARTER

9

10

11 Dated: May 13, 2020        McGREGOR W. SCOTT
                                  United States Attorney

12                                  */s/ Brian Fogerty*
                                  BRIAN FOGERTY

13                                   JASON HITT
                                  Assistant Unied States Attorney

14                                   Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2         IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3 stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4 its order. The Court thus orders the following schedule:

5         Sentencing:                          July 13, 2020 at 9:00 a.m.

6         Replies to formal objections:        July 6,2020

7         Formal objections:                   June 29, 2020

8         PSR final:                           June 22, 2020

9         Informal objections:                 June 15, 2020

10

11 **Dated:  May 13, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28