HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Lexi_negin@fd.org

Attorneys for Defendant
JAQUOREY CARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-CR-00255-WBS |
| Plaintiff, | **DEFENDANT'S CONSENT TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | |
| JAQUOREY CARTER, | Date:  September 8, 2020 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. William B. Shubb |

Under CARES Act § 15002(b), Jaquorey Carter, by and through undersigned counsel, consents to proceed with his sentencing hearing by video-teleconference.  Counsel has advised Mr. Carter of his right to appear in person for this hearing, as well as of his ability to waive personal appearance and appear via video-teleconference.  Mr. Carter waives his right to personally appear at his sentencing hearing on September 8, 2020, and instead consents to appearance by video teleconference.

Pursuant to Gen. Order 616, counsel for Ms. Carter signs this waiver on his behalf.

Dated: September 8, 2020

                                     */s/ Jaquorey Carter*
                                     JAQUOREY CARTER

I agree and consent to my Client's appearance at his sentencing by video-teleconference.

Dated: September 8, 2020

                                     */s/ Lexi Negin*
                                     LEXI NEGIN
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JAQUOREY CARTER

IT IS SO ORDERED.

Dated: September 9, 2020

                                     WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE