IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Respondent,<br><br>　　　v.<br><br>JAQUOREY RASHAWN CARTER,<br><br>　　　　　　　　Movant. | CASE NO. 2:18-CR-00255-WBS-KJN<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

　　　　On June 26, 2023, the Government requested an extension of time to July 28, 2023, to file its response to movant's motion to vacate pursuant to 28 U.S.C. § 2255.

　　　　Good cause appearing, IT IS HEREBY ORDERED that the Government's request for an extension of time (ECF No. 198) is granted.  The Government's response is now due July 28, 2023.

Dated:  June 28, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Cart255.eot

1