PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:18-CR-00255-WBS-KJN |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| JAQUOREY RASHAWN CARTER, | |
| Defendant. | |

On July 28, 2023, the Government requested an extension of time to September 12, 2023, to file its response to the defendant's motion to vacate pursuant to 28 U.S.C. § 2255.  Docket No. 192.

IT IS HEREBY ORDERED that the Government's request for an extension is granted.  The Government's response is now due September 12, 2023.

Dated:  July 28, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1