UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAQUOREY RASHAWN CARTER,<br><br>Defendant. | CASE NO. 2:18-CR-00255-WBS-KJN<br><br>ORDER GRANTING MOTION<br>FOR EXTENSION OF TIME |

On September 12, 2023, the Government requested an extension of time to file its response to Defendant's motion pursuant to 28 U.S.C. § 2255.

Good cause appearing, IT IS HEREBY ORDERED the Government's motion for an extension of time (ECF No. 202) is granted; the Government's response is now due on or before November 15, 2023.

Dated:  September 14, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Car255.eot(3)

1