UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-cr-00255 WBS KJN |
|---|---|
| Respondent, | |
| v. | ORDER |
| JAQUOREY RASHAWN CARTER, | |
| Movant. | |

Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Pending before the court is movant's second motion for extension of time to file a reply to respondent's opposition.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's motion for extension of time (ECF No. 209) is granted;
2. Movant's reply to respondent's opposition is due within sixty days of the date of this order; no further extensions of time will be granted but for a showing of substantial cause.

Dated: March 7, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Cart255.eot(2)

1