1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                               ----oo0oo----

11

12   UNITED STATES OF AMERICA,          No. 2:18-cr-00255 WBS

13                Plaintiff,

14        v.                            ORDER

15   JAQUOREY RASHAWN CARTER,

16                Defendant.

17

18                               ----oo0oo----

19          Defendant has filed a pro se motion to reduce his

20   sentence under Amendment 821 and 18 U.S.C. § 3582(c)(2).  (Docket

21   No. 214.)[1]  The United States shall file any opposition to

22   defendant's motion no later than sixty (60) days from the date of

23   this order.  Defendant may file a reply no later than thirty (30)

24   days from the date of the filing of the United States'

25   opposition.  After briefing is complete, the court will take the

26

27        [1]   The Office of the Federal Defender has notified the
     court that it will not assume representation of the defendant
28   with regard to this motion.  (Docket No. 215.)

                                    1

1   motion under submission and will inform the parties if oral

2   argument or further proceedings are necessary.

3           IT IS SO ORDERED.

4   Dated:   September 19, 2024

    WILLIAM B. SHUBB
5   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28