Mr. Jaquorey Rashawn Carter
Reg. No. 77837-097
Lompoc II FCI
3901 Klein Blvd
Lompoc, CA 93436

Appearing *pro se*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S 18-255 WBS |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JAQUOREY RASHAWN CARTER, | |
| Defendant. | **RETROACTIVE CRIMINAL HISTORY CASE** |

Defendant, JAQUOREY RASHAWN CARTER, hereby voluntarily withdraws his *pro se* motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821, filed on July 1, 2024. (ECF 214.)

Dated: ~~July ___, 2024~~
Sept. 17, 2024

Respectfully submitted,

*/s/ Jaquorey Carter*
JAQUOREY RASHAWN CARTER
Defendant