Case number: 2:18-CR-00255-WBS
Docket number: 20-10299

Judge Shubb,

    Greetings Judge Shubb, I am writing this letter on the behalf of Jaquorey Carter, we share a 5 year old daughter, Jaquorey isn't her biological father, but, nevertheless, he's the only father she knows and he supports us both emotionally as well as financially, he's a great dad. Jaquorey has always been a great and much needed help in my life. I'm sorry I ever got him into this situation, the world has mistaken Jaquorey's role in my life. during our time togather I would always call him when I needed him and he always came to my rescue, I feel I ruined his life by always needing him to save me from my trouble that I stayed in. Me and my daughter and Jaquorey's other 3 kids need him very much, we miss him, he is a changed person, I can see it, hear it and I just know that he has changed.

    I am asking that you reduce Jaquorey's sentence, so much is changed in this world and his kids need a father. Please consider my request.

Bobbi Thomas

10-09-2024

**FILED**

OCT 11 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Bobbi R Thomas
105 Coral Gables Ct
Apt #1
Sacramento, CA 95822