UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-0255-WBS-JDP (P) |
|---|---|
| Respondent, | |
| v. | ORDER |
| JAQUOREY RASHAWN CARTER, | |
| Movant. | |

Movant has requested an extension of time to file objections to the August 20, 2025, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's request for an extension of time, ECF No. 224, is GRANTED; and

2. Movant is granted sixty days from the date of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:   September 16, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE