UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JAQUOREY RASHAWN CARTER,<br><br>Movant. | Case No.  2:18-cr-0255-WBS-JDP (P)<br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2025, the magistrate judge filed findings and recommendations herein which was served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 20, 2025 are adopted in full;

2. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, ECF No. 192, is DENIED; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: November 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE