UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JAQUOREY RASHAWN CARTER,<br><br>Movant. | Case No. 2:18-cr-0255-WBS-JDP (P)<br><br>FINDINGS AND RECOMMENDATIONS |

     Jaquorey Rashawn Carter ("movant") filed a § 2255 motion, ECF No. 192, and, on August 20, 2025, I recommended that the motion be denied, ECF No. 223. Although movant was granted an extension of time, ECF No. 225, his objections were not docketed within the allowed time. On November 19, 2025, the district judge adopted my recommendations. ECF No. 226. Movant's objections were docketed two days later, ECF No. 228. On December 2, 2025, movant filed a motion for reconsideration, seeking to have his objections considered, ECF No. 229, and the district judge referred that motion to me, ECF No. 230.

     After review of the motion, I find that movant has shown that he timely placed his objections in the prison mail and that he should not be faulted for the delay in docketing them. Accordingly, I recommend that his motion for reconsideration be granted in part, and that his objections be considered timely and put before the district judge. The motion also requests that

movant's underlying section 2255 motion be granted, ECF No. 229 at 2, and I recommend that that request be denied for the same reasons set forth in my previous findings and recommendations. Consideration of those recommendations, together with movant's objections, is for the district judge, and I find that it would be procedurally inappropriate to render new, separate findings and recommendations at this time.

Accordingly, I RECOMMEND that movant's motion for reconsideration, ECF No. 229, be GRANTED in part, that his objections, ECF No. 228, be deemed timely, and that the district judge reconsider my recommendations in conjunction with objections. The motion for reconsideration should be DENIED in all other respects.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:     January 30, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2