UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Respondent,

v.

JAQUOREY RASHAWN CARTER,

Movant.

Case No.  2:18-cr-0255-WBS-JDP (P)

ORDER

Movant, a federal prisoner proceeding pro se, had filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  The magistrate judge recommended that the motion be denied, ECF No. 223, and the court adopted his recommendations, ECF No. 226. Movant thereafter filed a motion for reconsideration, which the court referred to the magistrate judge.  ECF No. 230.

On January 30, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1.  The findings and recommendations filed January 30, 2026 are adopted in full; and

2.  Movant's motion for reconsideration, ECF No. 229, is GRANTED in part, that his objections, ECF No. 228, are deemed timely, and have been considered by the court.  The motion for reconsideration is DENIED in all other respects.

Dated:  February 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2